**Order entered December 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00555-CR

**KENDRICK EUGENE MORROW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1
Kaufman County, Texas
Trial Court Cause No. 14-30443-CC-M**

## ORDER

Before the Court is the November 30, 2015 "Motion to Extend the Time for Filing the State's Brief to Permit Filing of Late Brief" of appellee The State of Texas. Appellee's brief in this case was due September 4, 2015. Counsel for appellee requests an extension to November 30, 2015, due to "overload of work and unfortunate personal circumstances." No previous extension has been requested by appellee in this case.

We **GRANT** appellee's motion for extension of time to file its brief and **ORDER** the brief tendered to the Clerk of this Court by appellee on November 30, 2015, deemed filed as of that date.

/s/     DOUGLAS S. LANG
JUSTICE